JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALAN MACKEY, | Case No. CV 21-5573-GW-GJSx |
| Plaintiff, | *[Honorable George H. Wu]* |
| v. | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| TARGET CORPORATION, A Minnesota Corporation, and DOES 1 through 25, inclusive, | |
| Defendants. | Action Filed:     June 10, 2021<br>Action Removed: July 12, 2021<br>Answer Filed:   July 8, 2021 |

## ORDER

WHEREAS, Plaintiff MALAN MACKEY ("Plaintiff") and Defendant TARGET CORPORATION ("Defendant") (collectively, the "Parties") have submitted a Joint Stipulation for Dismissal of Entire Action with Prejudice; and

WHEREAS, the Parties herein have resolved the claims asserted in this action.

Based upon the foregoing, IT IS HEREBY ORDERED that this entire action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to the Parties' Stipulation, each party shall bear its own costs and attorneys' fees incurred in this action.

**IT IS SO ORDERED**

DATED: November 9, 2021

*/s/ George H. Wu*
Hon. George H. Wu
United States District Judge